Wei Chun Chung, Respondent,
against
Goga Joita, Appellant, -and- "JOHN DOE" and "JANE DOE", Undertenants.



Appeal from an order of the Civil Court of the City of New York, Kings County (Gary Franklin Marton, J.), entered July 7, 2015. The order denied tenant's motion to vacate a stipulation of settlement in a holdover summary proceeding.




ORDERED that the order is affirmed, without costs.
In this holdover proceeding, the parties entered into a stipulation of settlement in which landlord waived rent and use and occupancy in return for tenant vacating the premises by a date certain. Tenant appeals from an order of the Civil Court denying her motion to vacate the stipulation. Upon a review of the record, we find that the Civil Court properly determined that there were no grounds to vacate the stipulation.
Accordingly, the order is affirmed.
Pesce, P.J., Solomon and Elliot, JJ., concur.
Decision Date: January 17, 2017